# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

FILED

June 4, 1999

Cecil Crowson, Jr.
Appellate Court Clerk

DONALD SWEENEY and )
VICKIE SWEENEY MOULTON, )
)
    Plaintiffs/Appellees, )
) Appeal No.
) 01-A-01-9807-CH-00387
VS. )
) Cheatham Chancery
) No. 9031
ERIC ERWIN, )
)
    Defendant/Appellant. )

APPEALED FROM THE CHANCERY COURT OF CHEATHAM COUNTY
AT ASHLAND CITY, TENNESSEE

THE HONORABLE ALLEN W. WALLACE, CHANCELLOR

ROBERT L. PERRY, JR.
102 Frey Street
Ashland City, Tennessee 37015
    Attorney for Plaintiffs/Appellees

LAURA TEK
1994 N. Gallatin Road, Suite 315
Madison, Tennessee 37115
    Attorney for Defendant/Appellant

AFFIRMED AND REMANDED

BEN H. CANTRELL,
PRESIDING JUDGE, M.S.

CONCUR:
CAIN, J.
COTTRELL, J.

# MEMORANDUM OPINION[1]

This is an appeal from a chancery decree awarding specific performance to the purchasers of a tract of real estate and denying a counterclaim for rent. The lower court rendered the decree after a full evidentiary hearing on the merits. The appellant has not furnished this court with a transcript of the evidence heard at the trial.

The only issues raised on appeal relate to the preponderance of the evidence. Without a transcript of the evidence presented at the trial, we must conclusively presume that the facts support the chancellor's decree. *Leek v. Powell*, 884 S.W.2d 118 (Tenn. App. 1994).

We, therefore, affirm the judgment below. Remand the cause to the Chancery Court of Cheatham County for any further proceedings necessary. Tax the costs on appeal to the appellant.

_____
BEN H. CANTRELL,
PRESIDING JUDGE, M.S.

CONCUR:

_____
WILLIAM B. CAIN, JUDGE

_____
PATRICIA J. COTTRELL, JUDGE

---

[1]Rule 10(b) of the Rules of the Court of Appeals reads as follows:

The Court, with the concurrence of all judges participating in the case, may affirm, reverse or modify the actions of the trial court by memorandum opinion when a formal opinion would have no precedential value. When a case is decided by memorandum opinion it shall be designated "MEMORANDUM OPINION," shall not be published, and shall not be cited or relied on for any reason in a subsequent unrelated case.